AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| AMERICAN RESIDENTIAL SERVICES, LLC, | ) |
| Appellant, | ) |
| v. | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| RICHARD D. SPARKMAN, CHAPTER 7 | ) **CASE NO. 5:13-CV-346-D** |
| TRUSTEE FOR ANDERSON HOMES, INC., | ) |
| AND VANGUARD HOMES, INC., | ) |
| Appellees. | ) |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the judgment of the bankruptcy court entered on March 28, 2013 is AFFIRMED and the Appeal [D.E. 1] is DISMISSED. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JANUARY 15, 2013** WITH A COPY TO:

Nelson G. Harris (via CM/ECF Notice of Electronic Filing)
John Cournoyer (via CM/ECF Notice of Electronic Filing)

January 15, 2014          JULIE A. RICHARDS, Clerk
Date                              Eastern District of North Carolina

                                       /s/ Debby Sawyer
                                       (By) Deputy Clerk

Raleigh, North Carolina